UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BLAND EDWARD MOUNCIL** | **CIVIL ACTION NO. 20-1332** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **JUSTIN DUNN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Bland Edward Mouncil's claims against Deputy Samos are **DISMISSED** as frivolous and for failure to state claims on which relief may be granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's excessive force claims against Deputies Dunn and Chapman are **STAYED** under the following conditions:

   a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

   b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

   c. Plaintiff should not file any more documents concerning these particular claims in this action (except the status update requested below) until the state court proceedings conclude; and

   d. Defendants shall not be required to answer these particular claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

IT IS FURTHER ORDERED that **Plaintiff shall file an update regarding the status of the criminal proceedings against him by August 31, 2021**.

SHREVEPORT, LOUISIANA, this 30th day of July, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE