UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **BLAND EDWARD MOUNCIL** | **CIV. ACTION NO. 5:20-01332 SEC P** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **JUSTIN DUNN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

PENDING BEFORE THE COURT is the Appeal of the Magistrate Judge's Decision (the "Appeal") filed by Plaintiff Bland Edward Mouncil ("Plaintiff") (Doc. 45) concerning the denial (in-part) of Plaintiff's Motion to Compel, and the Report and Recommendation of the Magistrate Judge (Doc. 59) recommending that the Motion for Summary Judgment filed by Defendants, Justin Dunn and Ryan Chapman ("Defendants"), be granted.

Having considered Plaintiff's Appeal, the Defendants' discovery responses, and the Magistrate Judge's Order, and having determined that the Appeal fails to show that the Magistrate Judge's Order is clearly erroneous or contrary to law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Order is **AFFIRMED** and Plaintiff's Appeal (Doc. 45) is **DENIED**.

Further, having considered the thorough and well-reasoned Report and Recommendation of the Magistrate Judge, to which Plaintiff filed no objection, the Court adopts the Magistrate Judge's reasoning as its own, accordingly,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion for Summary

Judgment (Doc. 53) filed by Defendants Justin Dunn and Ryan Chapman is **GRANTED**, and that Plaintiff Bland Mouncil's claims under 42 U.S.C. § 1983 against said Defendants are hereby **DISMISSED, WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that any state law claims attempted to be asserted by Plaintiff Bland Mouncil herein are hereby **DISMISSED WITHOUT PREJUDICE.** 28 U.S.C. § 1367.

**THUS DONE AND SIGNED** this 25th day of February, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE